Leodegario M. Capulong

Benson Villa Unit B1 Tun Josen Camacho

Tamuning, GU, 96931

P.O. Box 315937 Tamuning, GU 96931

(671)-646-2717



# FILED
## DISTRICT COURT OF GUAM

MAR 30 2010

### JEANNE G. QUINATA
### CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| Leodegario M. Capulong<br><br>Plaintiff,<br><br>vs.<br><br>Department of Education of Guam<br><br>Defendant. | **10-00005**<br><br>Complaint<br>Violation of the following:<br>Title VII, The Americans with Disabilities Act,<br>The Genetic Information Nondiscrimination Act,<br>or the Age Discrimination in Employment Act |

### Jurisdiction
United States District Court of Guam

### Complaint
Unlawfully terminated after One Month of teaching. Harassment, Accusation based on lies, Unlawful determination, Humiliation in front of students, Ineffective decisions, Violation of the Certification Office, Guam DOE assigning me to a subject that I am not certified.

### Demand
Reinstatement to Teaching as Teacher 3 under a permanent full time position and to receive all back pay that I loss from different years with intervals.

Dated: March 30, 2010

Leodegario M. Capulong
Benson Villa Unit B1 Tun Josen Camacho
Tamuning, GU, 96931
P.O. Box 315937 Tamuning, GU 96931

Leodegario M. Capulong

Benson Villa Unit B1 Tun Josen Camacho

Tamuning, GU, 96931

P.O. Box 315937 Tamuning, GU 96931

(671)-646-2717

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| Leodegario M. Capulong | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) Complaint |
| Department of Education of Guam | ) Violation of the following: |
| | ) Title VII, The Americans with Disabilities Act, |
| Defendant. | ) The Genetic Information Nondiscrimination Act, |
| | ) or the Age Discrimination in Employment Act |

**Jurisdiction**
United States District Court of Guam

**Complaint**
Unlawfully terminated after One Month of teaching. Harassment, Accusation based on lies, Unlawful determination, Humiliation in front of students, Ineffective decisions, Violation of the Certification Office, Guam DOE assigning me to a subject that I am not certified.

**Demand**
Reinstatement to Teaching as Teacher 3 under a permanent full time position and to receive all back pay that I loss from different years with intervals.

Dated: March 30, 2010

Leodegario M. Capulong
Benson Villa Unit B1 Tun Josen Camacho
Tamuning, GU, 96931
P.O. Box 315937 Tamuning, GU 96931

Leodegario M. Capulong

Benson Villa Unit B1 Tun Josen Camacho

Tamuning, GU, 96931

P.O. Box 315937 Tamuning, GU 96931

(671)-646-2717

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| Leodegario M. Capulong | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | )                               Complaint |
| Department of Education of Guam | ) Violation of the following: |
| | )     Title VII, The Americans with Disabilities Act, |
| Defendant. | ) The Genetic Information Nondiscrimination Act, |
| | ) or the Age Discrimination in Employment Act |

**Jurisdiction**
United States District Court of Guam

**Complaint**
        Unlawfully terminated after One Month of teaching. Harassment, Accusation based on lies, Unlawful determination, Humiliation in front of students, Ineffective decisions, Violation of the Certification Office, Guam DOE assigning me to a subject that I am not certified.

**Demand**
        Reinstatement to Teaching as Teacher 3 under a permanent full time position and to receive all back pay that I loss from different years with intervals.

Dated: March 30, 2010

_____
Leodegario M. Capulong
Benson Villa Unit B1 Tun Josen Camacho
Tamuning, GU, 96931
P.O. Box 315937 Tamuning, GU 96931

Leodegario M. Capulong

Benson Villa Unit B1 Tun Josen Camacho

Tamuning, GU, 96931

P.O. Box 315937 Tamuning, GU 96931

(671)-646-2717


## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM


| | |
|---|---|
| Leodegario M. Capulong | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | )                                    Complaint |
| Department of Education of Guam | ) Violation of the following: |
| | )   Title VII, The Americans with Disabilities Act, |
| Defendant. | ) The Genetic Information Nondiscrimination Act, |
| | )   or the Age Discrimination in Employment Act |


**Jurisdiction**
United States District Court of Guam


**Complaint**

Unlawfully terminated after One Month of teaching.  Harassment, Accusation based on lies, Unlawful determination, Humiliation in front of students, Ineffective decisions, Violation of the Certification Office, Guam DOE assigning me to a subject that I am not certified.


**Demand**

Reinstatement to Teaching as Teacher 3 under a permanent full time position and to receive all back pay that I loss from different years with intervals.


Dated: March 30, 2010

Leodegario M. Capulong
Benson Villa Unit B1 Tun Josen Camacho
Tamuning, GU, 96931
P.O. Box 315937 Tamuning, GU 96931

Leodegario M. Capulong

Benson Villa Unit B1 Tun Josen Camacho

Tamuning, GU, 96931

P.O. Box 315937 Tamuning, GU 96931

(671)-646-2717


## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| Leodegario M. Capulong | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | )                Complaint |
| Department of Education of Guam | ) Violation of the following: |
| | )   Title VII, The Americans with Disabilities Act, |
| Defendant. | ) The Genetic Information Nondiscrimination Act, |
| | ) or the Age Discrimination in Employment Act |

**Jurisdiction**
United States District Court of Guam


**Complaint**
    Unlawfully terminated after One Month of teaching. Harassment, Accusation based on lies, Unlawful determination, Humiliation in front of students, Ineffective decisions, Violation of the Certification Office, Guam DOE assigning me to a subject that I am not certified.


**Demand**
    Reinstatement to Teaching as Teacher 3 under a permanent full time position and to receive all back pay that I loss from different years with intervals.


Dated: March 30, 2010

                                         _[signature]_

                              Leodegario M. Capulong
                              Benson Villa Unit B1 Tun Josen Camacho
                              Tamuning, GU, 96931
                              P.O. Box 315937 Tamuning, GU 96931

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Leodegario M. Capulong<br>110 Estralita Ct.<br>Tamuning, GU 96913 | From: | Honolulu Local Office<br>300 Ala Moana Blvd<br>Room 7-127<br>Honolulu, HI 96850 |
|---|---|---|---|

|  | ☐ | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | | |
|---|---|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 486-2009-00344 | Rogelio A Colón,<br>Investigator | (808) 541-3118 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐   The EEQC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐   Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Timothy A. Riera,
**Director**

12/31/09

(Date Mailed)

Enclosures(s)

cc:   **Margaret Cruz
EEO Officer
GUAM PUBLIC SCHOOL SYSTEM
P.O. Box De
Hagatna, GU 96932**



# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than <u>2 years (3 years)</u> before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*



copy

Mr. Leodegario Capulong
110 Estralita Street
Tumon Heights, Tamuning 96913

August 28, 2008

Dr. Nerissa Bretania-Schafer
Superintendent
Guam Public School System
P.O. Box DE
Hagåtña, Guam 96932

Dear Dr. Bretania-Schafer:

I am appealing to you as a certified teacher seeking your assistance to be reinstated as Teacher 3 in the Guam Public School System (GPSS). I was inappropriately terminated and felt that I have not been treated justly for teaching positions that were available. At that same time, GPSS needs to, in good faith, give me meaningful consideration for employment per EEOC #00455.

I accepted in good faith a resolution with GPSS with the mediation of an Equal Employment Opportunity Commission (EEOC) that I will be given considerations as I apply for teaching vacant positions. Despite my effort to apply for vacant positions, I was not given due consideration and felt that there are retaliations due to my complaint. I have continually applied but have always been overlooked and seek your indulgence for fair and equitable treatment. There were known teacher shortages and I have always been available for my teacher certification is good to the year 2013. But, I was hardly given a call nor even given meaningful consideration.

I have been with GPSS on a year-to-year probationary status and continually received satisfactory performance rating as Teacher 3. I was last on probationary status during the school year 2006-2007 and was terminated inappropriately despite the satisfactory performance rating. I applied in school year 2007-2008 and would like to continue into school year 2008-2009 but I was not given an employment opportunity despite my teacher certification credentials and my last satisfactory performance rating.

I seek your assistance to be given an opportunity to assist the GPSS and be in the classroom. If you would like, I will provide additional information and clarify any misinformation that may have been given. I can be contacted at my home at telephone number 646-2717 or else meet personally with you to discuss further my situation.

I await your response and hope that you give your most favorable consideration in reinstating my opportunity to teach in the classroom as Teacher 3 at any GPSS middle school level.   Thank you for your reviewing my case situation for I know that you are a very busy person.  I am very grateful and appreciative of your time.

Leodegario Capulong
Teacher III



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Los Angeles District Office**

255 E. Temple Street, 4ᵗʰ Floor
Los Angeles, CA 90012
(213) 894-1000
TTY (213) 894-1121
FAX (213) 894-1118

SETTLEMENT AGREEMENT
EEOC Charge Number: 486-2007-00455

**Charging Party:**           **Respondent:** Guam Public
Leodegario                                     School System
Capulong

1. In exchange for the promises made by Respondent pursuant to
Charge Number __00455__, Charging Party agrees not to
institute a lawsuit under Title VII of the Civil Rights Act of
1964 (Title VII), as amended, ~~the Equal Pay Act (EPA), the Age~~
~~Discrimination in Employment Act of 1967 (ADEA), as amended~~,
~~or the Americans with Disabilities Act of 1990 (ADA) as~~
~~amended~~, based on EEOC Charge Number __00455__.

2. Further, the parties agree that submission of this agreement
to EEOC will constitute a request for closure of EEOC Charge
Number __00455__.

3. It is understood that this agreement does not constitute an
admission by Respondent of any violation of Title VII of the
Civil Rights Act of 1964, as amended, ~~the Equal Pay Act, the~~
~~Age Discrimination in Employment Act of 1967 as amended,~~
~~the Americans with Disabilities Act of 1990, as amended~~.

4. Respondent agrees that there shall be no discrimination or
retaliation of any kind against the Charging Party as a result
of filing this charge or against any person because of
opposition to any practice deemed illegal under Title VII, the
EPA, the ADEA, or the ADA, as a result of filing this charge,
or for giving testimony, assistance or participating in any
manner in an investigation, proceeding or a hearing under the
aforementioned Acts.

5. This document constitutes a final and complete statement of
the agreement between the parties & the EEOC

6. The parties agree that the EEOC is authorized to investigate
compliance with this Agreement, and to bring legal action to
enforce the settlement.

SETTLEMENT AGREEMENT
EEOC Charge Number
Page Two

7. The parties agree that this Agreement may be specifically
enforced in court and may be used as evidence in a subsequent
proceeding in which any of the parties allege a breach of this
Agreement.

8. As evidence of a good faith effort to resolve EEOC Charge
Number __00455__, the parties agree:

a. GPSS agrees to follow through with the approval process of Mr. Capulong's satisfactory performance evaluation for SY'06 - '07 pursuant to provisions of the GPSS/GFT Union contract responsive to PTEP procedures.

b. GPSS agrees to give meaningful consideration to Mr. Capulong's employment application and encourages him to re-apply.

SETTLEMENT AGREEMENT
EEOC Charge Number
Page Three


_____  1/29/08          Date
Respondent


_____  1/29/08          Date
Charging Party


In reliance on the promises made in paragraphs (1), (2), (4),
(5), (6), (7), and (8), EEOC agrees to terminate its
investigation and not to use the above-referenced charge as a
jurisdictional basis for a civil action under Title VII of the
Civil Rights Act, as amended, the Equal Pay Act, the Age
Discrimination in Employment Act, or the Americans with
Disabilities Act. EEOC does not waive or in any manner limit
its right to investigate or seek relief in any other charge
including, but not limited to, a charge filed by a member of
the Commission against the Respondent.


On Behalf of the Commission:


_____          Date
Olophius Perry, District Director
Los Angeles District Office

S/ADR Program/ADR Forms.main settlement agreement



# Guam Public School System
## Territory of Guam

Cert. No: A08-1886-2013-R

Having fully complied with the requirements of the

## GUAM EDUCATION POLICY BOARD

*Leodegario M. Capulong*

is hereby granted this certificate authorizing the holder to perform the services specified herein in the Public Schools of the Territory of Guam for the period of time indicated, subject to the conditions prescribed by the Board of Education, and unless revoked by lawful authority.

## PROFESSIONAL EDUCATOR – Secondary Social Studies and Language Arts 6-12****

Valid From: **August 15, 2008**

JOHN J. ANDERSON
Education/Certification Officer

Expires: **August 15, 2013**

NERISSA BRETANIA-SHAFER, Ph.D.
Interim Superintendent of Education

Confirmation Date: **July 14, 2008**

NOTE: Any entry below line of typed Asterisks (****) is void. Any alteration on the certification should be reported to the Guam Public School System, Government of Guam, Hagana, Guam.



# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS  --   Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA),
the Genetic Information Nondiscrimination Act (GINA), or the Age
Discrimination in Employment Act (ADEA):**



In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within
90 days of the date you *receive* this Notice**. Therefore, you should **keep a record of this date**. Once this 90-
day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to
consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell
him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely
manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as
indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate
State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide
after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short
statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter
alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in
the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some
cases can be brought where relevant employment records are kept, where the employment would have been, or
where the respondent has its main office. If you have simple questions, you usually can get answers from the
office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or
make legal strategy decisions for you.

## PRIVATE SUIT RIGHTS  --   Equal Pay Act (EPA):

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back
pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For
example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit
before 7/1/10 -- *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA
suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above.
Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA
claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

## ATTORNEY REPRESENTATION  --   Title VII, the ADA or GINA:

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction
in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be
made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your
efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above,
because such requests do not relieve you of the requirement to bring suit within 90 days.

## ATTORNEY REFERRAL AND EEOC ASSISTANCE  --   All Statutes:

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any
questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to
inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide
your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files
are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge
file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be
made within the next 90 days.)

***IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.***

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

| To: Leodegario M. Capulong<br>110 Estralita Ct.<br>Tamuning, GU 96913 | From: Honolulu Local Office<br>300 Ala Moana Blvd<br>Room 7-127<br>Honolulu, HI 96850 |
|---|---|

| ☐ | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 486-2009-00344 | Rogelio A Colón,<br>Investigator | (808) 541-3118 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
### (See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Timothy A. Riera,
**Director**

12/31/09
*(Date Mailed)*

Enclosures(s)

cc: **Margaret Cruz**
**EEO Officer**
**GUAM PUBLIC SCHOOL SYSTEM**
**P.O. Box De**
**Hagatna, GU 96932**




# GUAM PUBLIC SCHOOL SYSTEM
## OFFICE OF THE SUPERINTENDENT
P.O. Box DE
Hagåtña, Guam 96932
Telephone: (671) 475-0457/0458
Fax: (671) 472-5003
Email: lreyes@gdoe.net
www.gdoe.net

**NERISSA BRETANIA-SHAFER, Ph.D.**
**Superintendent of Education**

January 20, 2009

Mr. Leodegario Capulong, Teacher
135 Orchid Lane
Latte Heights, Guam 96913

Dear Mr. Capulong:

On October 7, 2008 you were hired as a Teacher for Untalan Middle School. We regret to inform you that at the recommendation of the School Principal of Untalan Middle School, your employment was unsatisfactory, therefore your employment is terminated effective, **Friday, January 23, 2009** pursuant to GPSS (formerly DOE) Personnel Rules and Regulations, Section 904.900. I herewith attach.

Sincerely,

**NERISSA BRETANIA SHAFER, Ph.D.**
**Superintendent of Education**

cc: Acting Deputy Superintendent, Educational Support and Community Learning
    Principal, Untalan Middle School
    GPSS Legal Counsel
    EMRO

Oct 7, 2008 - hired



# Guam Public School System

## Territory of Guam

Cert. No. A08-1886-2013-R

Having fully complied with the requirements of the

### GUAM EDUCATION POLICY BOARD

*Leodegario M. Capulong*

is hereby granted this certificate authorizing the holder to perform the services specified hereon in the Public Schools of the Territory of Guam for the period of time indicated, subject to the conditions prescribed by the Board of Education, and unless revoked by lawful authority

## PROFESSIONAL EDUCATOR – Secondary Social Studies and Language Arts 6-12****

Valid From: August 15, 2008

Expires: August 15, 2013

JOHN J. ANDERSON
Education/Certification Officer

NERISSA BRETANIA-SHAFER, Ph.D.
Interim Superintendent of Education

Confirmation Date: July 14, 2008

NOTE: Any entry below line of typed Asterisks (****) is void. Any alteration on the certification should be reported to the Guam Public School System, Government of Guam, Hagatna, Guam.





# U.S. Equal Employment Opportunity Commission
## Honolulu Local Office

300 Ala Moana Blvd
Room 7-127
Honolulu, HI 96850
(808) 541-3118
TTY (808) 541-3131
FAX (808) 541-3390

Respondent: GUAM PUBLIC SCHOOL SYSTEM
EEOC Inquiry No.: 486-2009-00344

May 20, 2009

Leodegario M. Capulong
110 Estralita St.
Tamuning, GU 96913

Dear Mr. Capulong:

This is with reference to your recent inquiry (an office visit, phone call, correspondence, or electronically submitted intake questionnaire) in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to the statute(s) checked off below:

[ X ]    Title VII of the Civil Rights Act of 1964 (Title VII)

[ ]    The Age Discrimination in Employment Act (ADEA)

[ ]    The Americans with Disabilities Act (ADA)

[ ]    The Equal Pay Act (EPA)

The attached EEOC Form 5, Charge of Discrimination, is a summary of your claims based on the information you provided. To enable proper handling of this action by the Commission you should:

(1)    Review the enclosed charge form and make corrections.

(2)    Sign and date the charge in the bottom left hand block where I have made an "X".

(3)    Return the signed charge to this office.

These steps are necessary if you wish to file a charge.  No charge has been filed because the correspondence you submitted was not signed. Since charges should be filed within the time limits imposed by law, please complete these steps as soon as possible. Please call me at the number listed below if you have any questions. If you have to call long distance, please call collect.

IF WE DO NOT RECEIVE YOUR SIGNED CHARGE WITHIN 30 DAYS OR HEAR FROM YOU WITHIN 30 DAYS, WE WILL ASSUME THAT YOU DECIDED NOT TO FILE A CHARGE OF DISCRIMINATION WITH EEOC.

[X]    Please be aware that after we receive your signed charge, the EEOC will send a copy of the charge to the agency listed below as required by our procedures. If that agency processes the charge, it may require the charge to be signed before a notary public or an agency official. The agency will then investigate and resolve the charge under their statute.

Guam Department of Labor
PO Box 9970
Tamuning, GU 96931

# ADDITIONAL FACTS:

1. PERSON TO CONTACT —
   FLORDELIZA VALDEZ — 671-632-2341
   PETE LIPATA — 671-647-5868

4 — AFTER (1) MONTH OF TEACHING IN THE SUBJECT THAT IS NOT MY ESPECIALTY & NOT CERTIFIED, THEY MR DEXTER FULLO (ACTING PRINCIPAL) & MS. MARIA SAN NICOLAS (VICE/DICIPLINE) CHARGED ME THAT I WAS LETTING MY KID OR STUDENT PLAYL IN THE CAFETERIA & WAS REPORTED TO THEM BY CAFETERIA WORKERS. THEY INVENTED LOT OF CHARGES AGAINST ME AFTER THEY PLACED ME ON ADMINISTRATIVE LEAVE UNTIL MY TERMINATION ON JAN 23/09 OF THIS YEAR, THE SUPERINTENDENT DIDN'T EVEN GIVE ME A CHANCE TO SPEAK & PROVE MY INNOCENCE, BEFORE I WAS PLACED ON ADM. LEAVE I ASKED THESE TWO ADMINISTRATORS TO COME INTO MY ROOM SO THEY

could attest to themselves how rude the students were and instead of bringing those students with them, they just stood there and asked me to leave my room and replaced by a school aid. I was terribly humiliated by the wrong action of Mr Dexter Fullo. I still remember in one of our workshop w/him & other fellow teachers, He started laughing & ridiculing our student and telling us that they are crazy and stupid. This statement he told us was I considered conduct unbecoming of an administrator and he should not be entrusted in that position. I dont understand this Dexter Fullo why he was very insistent transferring me to another school (Beausente Middle school which Mr Chris Anderson did to me when I first filed complain with the EEOC in Hawaii. I believe that these wrong practice of administe- ring schools by these administrators should be stopped. They are very ineffec tive causing fear & stress to most teachers and support staffs.

2

MR. FULLO HAS NO RIGHT TO PULL ME (3)
RIGHT THERE IN THE PRESENCE OF MY STUDENTS.
IT IS A VIOLATION OF MY CIVIL RIGHTS AS
A PROF. EDUCATOR. HE SHOULD HAVE ASKED
THOSE STUDENT WHO WERE CURSING ON ME
& READY TO ATTACK ME IN HIS PRESENCE.
I ALSO WANT TO REPORT TO YOU THAT
THE SCHOOL ADMINISTRATION SHOULD NOT
HAVE ASSIGNED A PERSON IN MY ROOM
WHO WAS SUFFERING FROM SEISURE &
ANXIETY ATTACK. MY JOB WAS DOUBLED
WATCHING HIM EVERYDAY, TO PROTECT HIM
FROM INSULT, PROFANITIES AND LOT OF
BAD WORDS INSTEAD OF HELPING ME.
(HIS NAME WAS MR MILLER) HE IS STILL
IN OUR SCHOOL. LAST TIME I SAW HIM,
HE WAS IN A WHEELCHAIR.
OUR ADMINISTRATORS SHOULD NOT BLAMED
THE STUDENTS RUDENESS TO THE TEACHERS.
(MR ALEXIS ADA) FORMER CHAIRMAN
OF THE BOARD OF EDUCATION TOLD ME THAT
TEACHERS ARE NOT BABYSITTERS AND THEY
ARE THERE TO TEACH, TO IMPART KNOWLEDGE,
TO NURTURE AND ENHANCE. OUR SCHOOL
ADMINISTRATION SHOULD SEE TO IT & WORK
FOR THE DISCIPLINE OF OUR KIDS.

CHARGING TEACHERS OF FALSE, LIES, AND DECEITFUL ACCUSATIONS IN THEIR ABSENCE ARE # TREACHEROUS WAYS WHICH THEY HAVE BEEN DOING FOR SO MANY YEARS. TO MENTIONS:

1. MR ULRIC MARK — CPSS PRINCIPAL ASSISTANT IN F.B. LEON GUERRERO UNLAWFULLY TERMINATED ME IN SCH. YR 1997-98. ONE OF OUR VICE PRIN. ON DISCIPLINE MRS. WINNIE MARTINEZ, PROVED MY INNOCENCE, ½ THE SUPERINTENDENT MR. ROLAND TSIANGCO RESCINDED MY TERMINATION.

2. YEAR 1999-2000 — CPSS PRINCIPAL MR ED DUNN UNLAWFULLY TERMINATED ME WHILE I WAS UNDER MEDICAL TREATMENT FROM THE INJURY WHICH I SUSTAINED FROM 2 STUDENTS FOR PROTECTING ONE OF MY FEMALE STUDENTS (NICHOL MENO) FROM SEXUAL MOLESTATIONS. SAID ATTACKER BEAT ME IN THE HEAD & GAVE ME BLOWS IN THE CHEST CAUSING ME TO SUFFER CHRONIC SPINE, NECK & LOWER BACK PROBLEM.

THEY WERE APPREHENDED BY THE GUAM POLICE DEPT AND WERE BOTH CHARGED ASSAULT. PRINCIPAL ( EDI DUNN ) NEVER COOPERATED WITH THE POLICE AFTER 7 TO 10 TIMES THE POLICE TRIED TO SPEAK TO HIM. SINCE THAT MAY OF 2000 TO YEAR 2007, I LOST ALL MY SALARIES, INCREMENTS & OTHER BECAUSE THEY DIDN'T PUT ME BACK TO SCHOOL INSPITE OF ALL MY EFFORTS. "

YEAR 2007/2008 —
I WAS HIRED AND ASSIGNED TO (GPSS) AGUEDA JOHNSTON MIDDLE SCHOOL. MY JOB AS A PROF. TEACHER WAS RUINED AGAIN BY PRINCIPAL — MR. CHRISTOPHER ANDERSON & VICE PRINCIPAL MILAFLOR QUITUGUA WHO WERE IN CONSPIRACY TO REMOVE ME IN THE SCHOOL FOR NO VALID REASONS. — AGAIN, I LOST ALL MY SALARIES FOR THIS SCH YEAR.

SCH
YEAR 2008/2009 — UNDER - PRIN. DEXTER FULLO) THERE WAS BREACH OF AGREEMENT AFTER GPSS, ME (UNION) MET WITH MS. TRICIA SPEAR FOR MEDIATION. IT WAS LATE OCTOBER OF 2008 THAT THEY ONLY LET ME START. AFTER 1 MOS. OF TEACHING — ANOTHER TERMINATION.

BASED ON ALL THESE FACTS THAT I AM EXPOSING, I STRONGLY BEG & PLEAD THE EEOC TO HELP ME IN FILLING THIS RETALIATION CHARGE ANOMALIES, TO THE FEDERAL COURT TO STOP THIS INEFFECTIVE PRACTICE EXISTING IN GPSS AND ALSO THAT I MY RECOVER ALL THE CLAIMS THAT IS DUE OF ME.

WORKMENS COMPENSATION BUREAU IN GUAM TOLD ME, THE GUAM PUBLIC SCHOOL SYTEM IS RESPONSIBLE FOR ALL THESE PAYMENTS. PLEASE HELP ME!!

Respectfully,
Leo M Capulo.
(671-646-2717)

PLEASE CONTACT THE F.F:

1. MS. MARILYN CASTRO - GPSS-UNTALAN M.S
   UNION STEWARD (671)735-3110
   MR. JEFF BORCINAB - (671) 828-8211 EXT(2738

2. MRS LYN DIEGO - (671) 734-0474

3. MILA ODERO — (671) 735-3110—
   CELL-969-1144

4. PRISCILA PEREZ - (671)735-3110

5. BEN RIVERA — (671) 969-3218 OR
   C 456-7133

6. ROBERT KOSH
   671. 735. 4200



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Los Angeles District Office**

255 E. Temple Street, 4ᵗʰ Floor
Los Angeles, CA 90012
(213) 894-1000
TTY (213) 894-1121
FAX (213) 894-1118

SETTLEMENT AGREEMENT
EEOC Charge Number: 486-2007-00455

**Charging Party:**            **Respondent:** Guam Public School System

Leodogario Capulong

1. In exchange for the promises made by Respondent pursuant to Charge Number ___00455___, Charging Party agrees not to institute a lawsuit under Title VII of the Civil Rights Act of 1964 (Title VII), as amended, ~~the Equal Pay Act (EPA), the Age~~ ~~Discrimination in Employment Act of 1967 (ADEA), as amended,~~ ~~or the Americans with Disabilities Act of 1990 (ADA), as~~ ~~amended,~~ based on EEOC Charge Number ___00455___.

2. Further, the parties agree that submission of this agreement to EEOC will constitute a request for closure of EEOC Charge Number ___00455___.

3. It is understood that this agreement does not constitute an admission by Respondent of any violation of Title VII of the Civil Rights Act of 1964, as amended, the ~~Equal Pay Act, the~~ ~~Age Discrimination in Employment Act of 1967 as amended,~~ ~~the Americans with Disabilities Act of 1990, as amended.~~

4. Respondent agrees that there shall be no discrimination or retaliation of any kind against the Charging Party as a result of filing this charge or against any person because of opposition to any practice deemed illegal under Title VII, the EPA, the ADEA, or the ADA, as a result of filing this charge, or for giving testimony, assistance or participating in any manner in an investigation, proceeding or a hearing under the aforementioned Acts.

5. This document constitutes a final and complete statement of the agreement between the parties & the EEOC

6. The parties agree that the EEOC is authorized to investigate compliance with this Agreement, and to bring legal action to enforce the settlement.

SETTLEMENT AGREEMENT
EEOC Charge Number
Page Two

7. The parties agree that this Agreement may be specifically
   enforced in court and may be used as evidence in a subsequent
   proceeding in which any of the parties allege a breach of this
   Agreement.

8. As evidence of a good faith effort to resolve EEOC Charge
   Number ___00455___, the parties agree:

   a. GPSS agrees to follow through with the approval process of Mr. Capulong's
   satisfactory performance evaluation for SY '06 - '07 pursuant to provisions
   of the GPSS/GFT Union Contract responsive to PTEP procedures.

   b. GPSS agrees to give meaningful consideration to Mr. Capulong's
   employment application and encourages him to re-apply.

SETTLEMENT AGREEMENT
EEOC Charge Number
Page Three


_____  1/29/08
Respondent                              Date


_____  1/29/08
Charging Party                          Date


In reliance on the promises made in paragraphs (1), (2), (4),
(5), (6), (7), and (8), EEOC agrees to terminate its
investigation and not to use the above-referenced charge as a
jurisdictional basis for a civil action under Title VII of the
Civil Rights Act, as amended, the Equal Pay Act, the Age
Discrimination in Employment Act, or the Americans with
Disabilities Act. EEOC does not waive or in any manner limit
its right to investigate or seek relief in any other charge
including, but not limited to, a charge filed by a member of
the Commission against the Respondent.


On Behalf of the Commission:


_____
Olophius Perry, District Director      Date
Los Angeles District Office

S/ADR Program/ADR Forms.main settlement agreement



## U.S. Equal Employment Opportunity Commission
## Honolulu Local Office

300 Ala Moana Blvd
Room 7-127
Honolulu, HI 96850
(808) 541-3118
TDD: 1-800-669-6820
FAX (808) 541-3390
1-800-669-4000

Respondent: GUAM PUBLIC SCHOOL SYSTEM
EEOC Charge No.: 486-2009-00344
FEPA Charge No.:

June 2, 2009

Leodegario M. Capulong
110 Estralita St.
Tamuning, GU 96913

Dear Mr. Capulong:

This is to acknowledge receipt of the above-numbered charge of employment discrimination against the above-named respondent. Please use the "EEOC Charge No." listed above whenever you call us about this charge. The information provided indicates that the charge is subject to:

[ X ]   Title VII of the Civil Rights Act of 1964 (Title VII)

[ ]   The Age Discrimination in Employment Act (ADEA)

[ ]   The Americans with Disabilities Act (ADA)

[ ]   The Equal Pay Act (EPA)

Please complete the enclosed Invitation to Mediation and return to the address provided. We will contact you when we need more information or assistance. A copy of the charge or notice of the charge will be sent to the respondent within 10 days of our receipt of the charge as required by our procedures.

[X]   Please be aware that we will send a copy of the charge to the agency listed below as required by our procedures. If the charge is processed by that agency, it may require the charge to be signed before a notary public or an agency official. Then the agency will investigate and resolve the charge under their statute. If this occurs, section 1601.76 of EEOC's regulations entitles you to ask us to perform a Substantial Weight Review of the agency's final finding. To obtain this review, a written request must be made to this office within 15 days of receipt of the agency's final finding in the case. Otherwise, we will generally adopt the agency's finding as EEOC's.
Guam Department of Labor
PO Box 9970
Tamuning, GU 96931

While your charge is pending, please notify us of any change in your address, or where you can be reached if you have any prolonged absence from home. Your cooperation in this matter is essential.

Sincerely,

Timothy A. Riera
Local Office Director
(808) 541-3118

Office Hours: Monday – Friday, 8:00 a.m. - 4:30 p.m.
www.eeoc.gov

**Guam's Local Union**
RECEIVED
By: _A. S_
Date: _6/8/09_

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 486-2009-00344 |

**Guam Department of Labor** _and EEOC_

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Mr. Leodegario M. Capulong** | **(671) 646-2717** | **11-30-1947** |

Street Address — City, State and ZIP Code

**110 Estralita St., Tamuning, GU 96913**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **GUAM PUBLIC SCHOOL SYSTEM** | **500 or More** | **(671) 475-0457** |

Street Address — City, State and ZIP Code

**P.O. Box De, Hagatna, GU 96932**

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|

Street Address — City, State and ZIP Code

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER (Specify below.)

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| **01-23-2009** | **01-23-2009** |

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by the above-named employer in 1997. My last job title was Teacher III-Professional Educator (Social Studies).

In November 2007, I filed an EEOC national origin discrimination charge against Respondent. On or about January 29, 2008, Respondent and I entered in to a settlement agreement to resolve my charge. However, I do not believe Respondent has complied with conditions of the Agreement.

In October 2008, I was assigned to work at Untalan Middle School. I'm certified to teach Social Studies classes, but Respondent assigned to teach Special Education, ESL and Shelter classes which I am not qualified to teach. In November 2008, I was subjected to extreme verbal abuse by students and requested assistance from the school administration to address the issue. However, Respondent removed from the teaching assignment and placed me on administrative teaching leave. Further, I was assigned to work at another location to perform clerical work. On or about January 23, 2009, Respondent discharged me.

I believe that I have been subjected to retaliation because of my national origin (Filipino) and for previously filing an EEOC charge of discrimination in violation of Title VII of the Civil Rights of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |

X ___5/28/09___ _(signature)_
Date — Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME (month, day, year)

**RECEIVED MAY 27 2009 EEOC HLO**

# THE EEOC
# MEDIATION PROGRAM



## LOS ANGELES DISTRICT OFFICE

## INVITATION TO MEDIATE DISCRIMINATION COMPLAINTS

*The EEOC has implemented a mediation program that provides an alternative to possible extensive investigations and expensive litigation of discrimination charges.*

## Features:

- **Free to the parties**
- **Voluntary participation**
- **Early and complete resolution (60-90 days) of charges filed with the EEOC**
- **At least 70% probability of settlement**
- **Experienced professional mediators**
- **Complete confidentiality during the process**
- **Convenience of scheduling the mediation**

## Program Description

Mediation is an alternative resolution method used to reduce the costs and delays associated with resolving disputes. It is a process whereby a neutral third party, the mediator, helps the parties to a dispute and reach a mutually acceptable resolution.

Sessions are conducted by mediators (at no cost) with training and experience in conflict resolution. Mediation is voluntary and has resulted in a very high settlement rate because the resolutions are crafted by the disputants themselves, with the mediator's assistance.

The process is informal and confidential. The proceedings are non-evidentiary and the sessions are not recorded. Mediation is not a litigation process and does not require the presence of an attorney, although the parties may have an attorney present if they wish. All principals speak on their own behalf. Mediation agreements do not constitute an admission of any violation of the laws enforced by EEOC. All settlements are enforceable and are recognized by the EEOC and the courts as resolving the EEOC charge.

During the mediation session each party explains their view of the problem and what they believe is necessary to resolve the dispute. The mediator will then work to assist the participants in reaching a settlement satisfactory to all those involved.

If you would like to participate in mediation, simply complete the attached election form and return it within 10 days or you may fax your reply to:

**For Further Information Contact:**   Cherry-Marie D. Rojas, ADR Coordinator
**Tel.:**   (213) 894-1030
Fax:   (213) 894-8366

# MEDIATION ELECTION FORM

TO: U.S. Equal Employment Opportunity Commission

ATTN: ADR Unit
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Fax # (213) 894-8385

RE: CHARGE NUMBER: 488-2009-00394

FROM: LEODEGARIO M. Capulong - 671-646-2717
Name and Title of Contact Person ← GUAM FEDERATION OF TEACHERS

ROBERT KOSH - 671-735-4390
Address

110 ESTRALITA ST, TAMUNING
Address

GUAM, 96913, USA
City, State, Zip Code

671-646-2717 OR / 988-4151
Telephone Number       Fax Number       E-mail

I am the [check one]:  ✓  Charging Party _____ Respondent
LEODEGARIO M. Capulong  Name of Charging Party _____ Name of Respondent

_____ [please initial] I have read the attached Invitation to Mediate.

I [check one]:

✓ will participate in the EEOC Mediation Program. I understand that I do not need to submit any
written material concerning this Charge and that someone will be contacting me to discuss further
details about the mediation process and to schedule a session.

_____ will not participate in the EEOC Mediation Program. If I am the Respondent, I understand that I
must submit a written position statement and/or RFI as indicated in the Notice of Charge of
Discrimination at Box #3.

In making a good faith effort to resolve the matter through mediation, I agree that someone with
authority to sign the mediation agreement will attend the mediation session. Participants acknowledge
that if an agreement is reached as a result of the mediation effort, the assigned mediator(s) is required
to report to EEOC any benefits received. This information is reported only for purposes of providing
aggregate data to the EEOC for ADR program evaluation purposes.

Date: 6/9/09       Signature: _____

# NOTIFICATION OF PERSONNEL ACTION

ED: 25669-99

| ① NAME (Mr.-Miss-Mrs.-One Given Name, Initial(s), and Surname) | 2. DATE OF BIRTH | ③ SOCIAL SECURITY NO. | 4. DATE |
|---|---|---|---|
| Leodegario M. Capulong | 11/30/47 | 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 | 08/19/99 |

THIS IS TO NOTIFY YOU OF THE FOLLOWING ACTION AFFECTING YOUR EMPLOYMENT:

| ⑤ NATURE OF ACTION (Use Standard Terminology) | 6. LEGAL AUTHORITY | ⑦ EFFECTIVE DATE |
|---|---|---|
| PROBATIONAL APPOINTMENT Full-Time Employee | Public Law 25-03 | 08/24/99 |

| FROM | | TO |
|---|---|---|
| | ⑧ POSITION TITLE | Teacher III (03422) |
| | ⑨ PAY RANGE AND SALARY | Grade L-4, $31,493.00 P/A |
| | 10. DEPARTMENT OR AGENCY | DEPARTMENT OF EDUCATION |
| | 11. DIVISION | PUBLIC SCHOOLS |
| | ⑫ SECTION | J.F.K. HIGH (4042) |
| | 13. ALLOTMENT NO. | 11.9.40.42.18.0111.0008 |

| ⑭ BUDGET POSITION NO. FROM: TO: | 15. POSITION CLASSIFICATION ACTION VICE ( ) NEW ( X ) NEW POSITION | ⑯ RETIREMENT Y = YES N = NO | ⑰ LIFE INS. Y = YES; N = NO ___ CAT___ | ⑱ HEALTH INS. Y = YES; N = NO none ___ CAT ___ |
|---|---|---|---|---|
| ⑲ TYPE OF CERTIFICATE/EXP. DATE | ⑳ BASIS OF CLASSIFICATION | ㉑ RESIDENT STATUS | | ㉒ NEW EMPLOYEE ( ) CONTINUING ( ) |

23. REMARKS: THIS ACTION IS SUBJECT TO ALL APPLICABLE LAWS, RULES, AND REGULATIONS, AND IS SUBJECT TO POST AUDIT BY THE CIVIL SERVICE COMMISSION.

Permanent Position

Subject to satisfactory medical examination.

25. Certified Funds Available
    Amount $ 31,493.00 P/A

DE-1 Certified Funds Available
By: VICTORIA C. QUENGA
    For Certifying Officer
    Department of Education

MICHAEL J. REIDY
Director of Education, Acting    lmf
26. APPOINTING AUTHORITY OR DESIGNEE

LUIS S.N. REYES
24. Associate Supt.
    Personnel Ser.

VGUAM (ODE) 1800/2B (7-74)

# NOTIFICATION OF PERSONNEL ACTION

ED: 6358-2000

| ① NAME (Mr.-Miss-Mrs.-One Given Name, Initial(s), and Surname) | 2. DATE OF BIRTH | ③ SOCIAL SECURITY NO. | 4. DATE |
|---|---|---|---|
| Leodegario M. Capulong | 11/30/47 | 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 | 06/20/2000 |

THIS IS TO NOTIFY YOU OF THE FOLLOWING ACTION AFFECTING YOUR EMPLOYMENT:

| ⑤ NATURE OF ACTION (Use Standard Terminology) TERMINATION Full-Time Employee | 6. LEGAL AUTHORITY Public Law 25-03 | ⑦ EFFECTIVE DATE 06/23/2000 COB |
|---|---|---|

| FROM | | TO |
|---|---|---|
| Teacher III (03422) | ⑧ POSITION TITLE | |
| Grade L-4, $31,493.00 P/A | ⑨ PAY RANGE AND SALARY | |
| DEPARTMENT OF EDUCATION | 10. DEPARTMENT OR AGENCY | DEPARTMENT OF EDUCATION |
| PUBLIC SCHOOLS | 11. DIVISION | PUBLIC SCHOOLS |
| J.F.K. HIGH (4042) | ⑫ SECTION | |
| 11.0.40.42.10.0111.0000 | 13. ALLOTMENT NO. | |

| ⑭ BUDGET POSITION NO. FROM: TO: | 15. POSITION CLASSIFICATION ACTION VICE ( ) NEW ( ) | ⑯ RETIREMENT Y = YES; N = NO | ⑰ LIFE INS. Y = YES; N = NO ___ CAT___ | ⑱ HEALTH INS. Y = YES; N = NO ___ CAT___ |
|---|---|---|---|---|
| ⑲ TYPE OF CERTIFICATE/EXP. DATE | ⑳ BASIS OF CLASSIFICATION | ㉑ RESIDENT STATUS | ㉒ NEW EMPLOYEE ( ) CONTINUING ( ) | |

23. REMARKS: THIS ACTION IS SUBJECT TO ALL APPLICABLE LAWS, RULES, AND REGULATIONS, AND IS SUBJECT TO POST AUDIT BY THE CIVIL SERVICE COMMISSION.

Pursuant to Section 904.900 of the Department of Education, Personnel Rules and Regulations.

25. Certified Funds Available
Amount $_____

| LUIS S.N. REYES 24. Associate Supt. Personnel Ser. | By: "NOT APPLICABLE" For Certifying Officer Department of Education | ROSIE R. TAINATONGO Director of Education 26. APPOINTING AUTHORITY OR DESIGNEE |
|---|---|---|

lmf

Case 1:10-cv-00005   Document 1   Filed 03/30/10   Page 33 of 72
PERSONNEL FOLDER COPY

April 19, 1999

To:    Mr. John Burch
       Mrs. June Pangelinan
       Mr. Dave Blas
       Guam Federation of Teachers

From:  Limited-Term Teacher
        Department of Education

I sincerely seek for your full support concerning my termination from my teaching job at Untalan Middle School without valid reason and evidence on October 15, 1998. Mr. Ulric Mark, the Acting Principal, accused me of misconduct without proper investigation. His allegations against me were proven to be very inaccurate, and I consider this as injustice for me. His accusation without truth damaged my reputation on the island. Perhaps, my Teaching Certificate has been put on hold due to the allegations that Mr. Mark filed against me. Please see attached documents.

Thank you for your help and prompt attention on this matter.

Sincerely,

Leodegario Capulong



# INTERNATIONAL AFFAIRS DEPARTMENT
## FACSIMILE

DATE: AUGUST 17, 2000

TO: JOHN BURCH, PRESIDENT

GUAM FEDERATION OF TEACHERS

FAX: 671-734-8085

FROM: TIMOTHY R. SHEA, ASSOCIATE

TEL: (202) 879-4483 FAX: (202) 879-4502

EMAIL: tshea@aft.org

RE: MEMBER CONTACT

C: SOL SMITH, AFT REGIONAL DIRECTOR

DAVID STROM, AFT IN-HOUSE COUNSEL (503-968-7906)

NUMBER OF PAGES (INCLUDING COVER): 2

Dear Mr. Burch:

The following is a written synopsis of a conversation one of your members had with our department this week. David Strom, In-House Counsel at the AFT asked me to forward this synopsis to you and Sol Smith, AFT Regional Director. Should Mr. Capulong call again, we will transfer the call to Mr. Strom in the Legal Department per his direction.

### SYNOPSIS

The International Affairs Department was routed a phone call by a high school teacher from Guam named Leo Capulong. Mr. Capulong is seeking legal representation from the AFT for what he feels is a breach of due process.

As he tells it, Mr. Capulong, a teacher at John F. Kennedy High School, was physically assaulted by several of his male students in June, with the extent of his injuries being severe enough to require physical therapy. During his convalescence, and while he was in consultations with his doctor, Mr. Capulong says that he was terminated from employment. He says that he was not given any reason for being terminated, and that this has caused both himself and his family severe financial and

emotional hardship, for he essentially has been "blacklisted" as a teacher in Guam and cannot find teaching work elsewhere.

According to Mr. Capulong, the Guam Department of Education has rules that allow it to terminate a teacher without explanation. This, he says, is in conflict with Union rules. However, according to Mr. Capulong, the Guam Federation of Teachers has either been unwilling or unable to help him in getting an explanation from the Education Department or in getting reinstated as a teacher. He says he has tried to contact the Guam Federation of Teacher's President, John Burch, several times, with no response, and also that he has had little success in contacting the Vice-President, Barbara Blas (he speculates she may have resigned since her husband resigned from the Guam Federation of Teachers). It is uncertain whether all this is due to local politics.

Mr. Capulong's phone number is (671) 632-7717 (I did not obtain a fax or e-mail address). He has also provided the names and phone numbers of two of his former co-workers:

Alex Saler            Matt Rector
(617) 649-3423        (671) 472-5915

According to Mr. Capulong, Matt Rector is the school's union representative who has supported Mr. Capulong, and was surprised to discover, after he had gotten back from vacation, Mr. Capulong's termination. Ms. Saler is an American teacher from San Jose who Mr. Capulong says can provide a clear perspective of events.

Mr. Capulong also provided the number of an investigative journalist from the *Pacific Daily News*:

Jane Flores
(617) 477-4487

Ms. Flores is prepared to publish an expose of the Department of Education's policies and of Mr. Capulong's experience, but he has said the Union has advised him not to do this in that it might cause more harm than good.

Mr. Capulong is looking for a positive response from the AFT on this matter.

2

The administration of JFK is derelict in its duty of providing corrective discipline to students exhibiting profane, abusive and violent behavior endangering the safety of its employees and other students.

In February 2000, Mr. Capulong referred students Mitch Martinez and Ross Leon Guerrero to administration for breaking school property. Administration never acted upon Mr. Capulong's referral. Students were still reporting to class the next day.

In March 2000, Mr. Capulong reported to his D.C. the vulgar, copulating and sexual exhibition of students Mitch Martinez and Elizabeth Edney in full view of classmates in violation of school policy. The D.C. advised Mr. Capulong to fail the student.

On March 30, 2000, student Mitch Martinez struck Mr. Capulong three times on the head while he was taking attendance. Student Martinez then moved away, picked up wadded-up paper and threw it to Mr. Capulong striking Mr. Capulong on the head. Mr. Capulong instructed student Martinez to wait outside his room then sent two students to find school aides. They returned announcing no school aides were around. Mr. Capulong then found student Martinez had moved from his assigned spot to the stairway around the corner 15 ft. away. When Mr. Capulong went to retrieve student Martinez, student Martinez attacked Mr. Capulong.

On April 14, 2000, Mr. Capulong was served a Memorandum of Warning for endangering the safety of his students when he went to retrieve student Martinez 15 ft. Away.

On May 1, 2000, Mr. Capulong was attacked by student Duane Aldan after trying to diffuse the student's violent behavior ie. cursing and throwing a chair. Student Aldan fly-kicked Mr. Capulong on the chest. Mr. Capulong had boot marks along his arm from blocking several kicks from student Aldan.

Mr. Capulong was transferred to DOE Central office. Mr. Capulong was instructed to submit sick leave to recuperate from his injuries by his doctor. Mr. Capulong submitted paperwork for workman's compensation to J.F.K. administration but has not received any response as of May 22, 2000.

*Mr. Capulong*
*June 18/2000*

# PRE-CHARGE INSTRUCTIONS

This information is being given to you to help you decide whether or not your employment problem can be handled by the United States Equal Employment Opportunity Commission (EEOC). IT IS NOT MEANT TO DISCOURAGE YOU FROM FILING A CHARGE. If you have difficulty understanding these instructions or need special assistance, ask to speak to one of the Intake Officers.

Our TDD telephone number for hearing and/or speech impaired persons is (808) 541-3131.

Sometimes employment practices are unfair, but no illegal. If you answer "YES" to the following questions you probably have the basis for filing a charge with this agency. Generally, a charge must be filed within 300 days of the date the alleged act of discrimination occurred in the state of Hawaii, or 180 days in Guam, the Commonwealth of Northern Mariana Islands (CNMI), American Samoa and Wake Island. (NOTE: IF YOU HAVE ALREADY FILED A CHARGE WITHT THE HAWAII CIVIL RIGHTS COMMISSION COVERING THE SAME ACTIONS, IT IS NOT NECESSARY FOR YOU TO ALSO FILE WITH THE EEOC, STOP AND ASK TO SPEAK TO AN INTAKE OFFICER BEFORE PROCCEDDING.)

We can take only charges illegal discrimination. This means that the unfair treatment you claim to have received must have happened because of one or more of the reasons below.

1. Your Race
2. Your Color
3. Your Sex
4. Your National Origin or Ancestry
5. Your Religious Beliefs
6. Your Age (if you are age 40 or over)
7. Your Pregnancy
8. Your Disability
9. Retaliation for the following:
   Because you opposed an act violating one of the laws enforced by the EEOC;
   Because you participated in any way in an investigation or proceeding conducted by the EEOC; or
   Because you are associated with someone protected by one of the laws enforced by the EEOC.

UNFAIR TREATMENT THAT IS NOT DUE TO ONE OR MORE OF THE ABOVE REASONS ARE NOT HANDLED BY THE EEOC.

If you believe that the action taken against you was based on one or more of the above reasons, please be prepared to explain to the Intake Officer how you were discriminated against and who was treated better than yourself.

I have read and received a copy of the Pre-Charge Instructions and the Charge Processing Information Sheet.

_____          _8/19/07_____
Date                             Signature

Fax Number    :
Name          :

Name/Number   :    18085413390
Page          :    16
Start Time    :    AUG-28-2007 04:40PM TUE
Elapsed Time  :    05′22″
Mode          :    STD ECM
Results       :        [ O.K ]

---

### PRE-CHARGE INSTRUCTIONS

This information is being given to you to help you decide whether or not your employment problem can be handled by the United States Equal Employment Opportunity Commission (EEOC). IT IS NOT MEANT TO DISCOURAGE YOU FROM FILING A CHARGE. If you have difficulty understanding these instructions or need special assistance, ask to speak to one of the Intake Officers.

Our TDD telephone number for hearing and/or speech impaired persons is (808) 541-3131.

Sometimes employment practices are unfair, but no illegal. If you answer "YES" to the following questions you probably have the basis for filing a charge with this agency. Generally, a charge must be filed within 300 days of the date the alleged act of discrimination occurred in the state of Hawaii, or 180 days in Guam, the Commonwealth of Northern Mariana Islands (CNMI), American Samoa and Wake Island. (NOTE: IF YOU HAVE ALREADY FILED A CHARGE WITHT THE HAWAII CIVIL RIGHTS COMMISSION COVERING THE SAME ACTIONS, IT IS NOT NECESSARY FOR YOU TO ALSO FILE WITH THE EEOC, STOP AND ASK TO SPEAK TO AN INTAKE OFFICER BEFORE PROCEDDING.)

We can take only charges illegal discrimination. This means that the unfair treatment you claim to have received must have happened because of one or more of the reasons below.

1.  Your Race
2.  Your Color
3.  Your Sex
4.  Your National Origin or Ancestry
5.  Your Religious Beliefs
6.  Your Age (if you are age 40 or over)
7.  Your Pregnancy
8.  Your Disability
9.  Retaliation for the following:
    Because you opposed an act violating one of the laws enforced by the EEOC;
    Because you participated in any way in an investigation or proceeding conducted by the EEOC; or
    Because you are associated with someone protected by one of the laws enforced by the EEOC.

UNFAIR TREATMENT THAT IS NOT DUE TO ONE OR MORE OF THE ABOVE REASONS ARE NOT HANDLED BY THE EEOC.

If you believe that the action taken against you was based on one or more of the above reasons, please be prepared to explain to the Intake Officer how you were discriminated against and who was treated better than yourself.

I have read and received a copy of the Pre-Charge Instructions and the Charge Processing Information Sheet.

_____        ___8/19/07_____
Date                             Signature



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Honolulu Local Office**

300 Ala Moana Blvd., Rm 7-127
P.O. Box 50082
Honolulu HI 96850
(808) 541-3118
TTY (808) 541-3131
FAX (808) 541-3390

## INTAKE QUESTIONNAIRE

Please immediately complete the entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, generally within 180 days or in some places 300 days of the alleged discrimination. Upon receipt, this form will be reviewed to determine EEOC coverage. **Answer all questions as completely as possible, and attach additional pages if needed to complete your response(s). Incomplete responses may delay further processing of your questionnaire by EEOC. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "n/a."**

*(PLEASE PRINT)*

**1. Personal Information**
Last Name: CAPULONG          First Name: LEODEGARIO          MI: M.
Street or Mailing Address: 135 ORCHID LANE LATTE HEIGHTS          Apt Or Unit #:
City: MANGILAO          County: U.S.A.          State: GUAM          Zip: 96913
Phone Numbers: Home: (671) 632-7717          Work: (   )
Cell: (   )          Email Address: mkcapulong@gmail.com
Date of Birth: 11/30/1947          Sex: Male ✓ Female____ Race: FILIPINO (ASIAN)
National Origin / Ethnicity FILIPINO          Do You Have a Disability? Yes ☐ No ☐

Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:

Name: KATRINA CAPULONG          Relationship: DAUGHTER
Address: 135 ORCHID LANE LATTE HGTS  City: MANGILAO          State: GU  Zipcode: 96913
Home Phone: (671) 632-7717          Other Phone: (671) 988-4151

I believe that I was discriminated against by the following organization(s): (Check those that apply)

Employer ✓  Union_____  Employment Agency_____  Other (Please Specify) _____

**2. Organization Contact Information**
Organization #1 Name: GUAM PUBLIC SCHOOL SYSTEM: Augeda Johnston Middle School
Address: 192 DERO ROAD
City: ORDOT          State: GU  Zip: 96910          Phone: (671) 472-6785/6947
Type of Business: SCHOOL          Job Location if different from Org. Address: _____
Human Resources Director or Owner Name: RAY LIZAMA          Phone: (671) 475-0495

**Number of Employees in the Organization at All Locations:** Please Check (✓) One

☐ Less Than 15   ☑ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☐ More 500

2

**Organization #2 Name:** n/a

**Address:** n/a

**City:** n/a **State:** n/a **Zip:** n/a **Phone :**(n/a)

**Type of Business:** n/a **Job Location if not at Org. Address:** n/a

**Human Resources Director or Owner Name:** n/a **Phone:** n/a

**Number Of Employees In The Organization At All Locations:** please check (✓) one
Less Than 15   15 – 100   101 – 200   201 – 500   More 500

**3. Your Employment Data** (Complete as many items as you can)
Date Hired: 8/6/2006   Job Title At Hire: TEACHER'S III
Pay Rate When Hired: $36,000+   Last or Current Pay Rate: $36,000+
Job Title at Time of Alleged Discrimination: TEACHER'S III
Name and Title of Immediate Supervisor: MILAFLOR QUITUGUA
IF Applicant, Date You Applied for Job n/a   Job Title Applied For n/a

**4. What is the reason (basis) for your claim of employment discrimination?**
*FOR EXAMPLE, if you are over the age of 40 and feel you were treated worse than younger employees or you have other evidence of discrimination, you should check (✓) AGE. If you feel that you were treated worse than those not of your race or you have evidence of discrimination, you should check (✓) RACE. If you feel the adverse treatment was due to multiple reasons, such as your sex, religion and national origin, you should check all three. If you complained about discrimination, participated in someone else's complaint or if you filed a charge of discrimination and a negative action was threatened or taken, you should check (✓) RETALIATION.*

Race ☐   Sex ☐   Age ☐   Disability ☐   National Origin ☐   Color ☐   Religion☐   Retaliation ☑ Pregnancy ☐

Other reason (basis) for discrimination (Explain). _____

**5. What happened to you that you believe was discriminatory? Include the date(s) of harm, action(s) and include the name(s) and title(s) of the persons who you believe discriminated against you.** (Example: 10/02/06 – Written Warning from Supervisor, Mr. John Soto)

A) Date: 6/11/2007   Action: "MEMORANDUM OF REPRIMAND"; MS. MILAFLOR QUITUGUA & CHRISTOPHER ANDERSON (given without principal's signature

Name and Title of Person(s) Responsible: pls. see attached

B) Date: _____ Action: _____

_____

Name and Title of Person(s) Responsible_____
Describe any other actions you believe were discriminatory.
pls. see attached

_____
_____
_____
_____
_____

**(Attach additional pages if needed to complete your response.)**

Ironically, a certificate of appreciation & commendation was also given that same day (also attached).

6. What reason(s) were given to you for the acts you consider discriminatory? By whom? Title?

My termination was unlawful and unjustifiable and I was directed
years ago (previously told before this incident occurred) to report
to your commission by the Guam Dept. of Labor.
This past year I underwent a highly stressful year and implore the EEOC's aid.

7. Name and describe others who were in the same situation as you. Explain any similar or different treatment. Who was treated worse, who was treated better, and who was treated the same? Provide race, sex, age, national origin, religion, and/or disability status of comparator if known and if connected with your claim of discrimination. Add additional sheets if needed.

Full Name Job Title Description
1. n/a

2.

3.

Answer questions 8-10 only if you are claiming discrimination based on disability. If not, skip to question 11.

8. Please check all that apply:  ☐ Yes, I have an actual disability
☐ I have had an actual disability in the past
☐ No disability but the organization treats me as if I am disabled

9. If you are alleging discrimination because of your disability, underline what is the name of your disability? How does your disability affect your daily life or work activities, e.g., what does your disability prevents or limits you from doing, if anything? (Example: lifting, sleeping normally, breathing normally, pulling, walking, climbing, caring for yourself, working, etc.).

n/a

10. Did you ask your employer for any assistance or change in working condition because of your disability?
YES ☐ NO ☐
Did you need this assistance or change in working condition in order to do your job?
YES ☐ NO ☐
If "YES", when? n/a                        To whom did you make the request? Provide full name of
person n/a                How did you ask (verbally or in writing)? n/a
Describe the assistance or change in working condition requested?
n/a

11. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and indicate what they will say. Add additional pages if necessary.

4

**NAME JOB TITLE ADDRESS & PHONE NUMBER**

A. SAMMY LADRIDO / TEACHER / ORDOT, GUAM / (671) 472-1457

**NAME JOB TITLE ADDRESS & PHONE NUMBER**

B. LINDA & MADISON BURKHARDT / TEACHERS / ORDOT, GU / (671) 472-1167

**NAME JOB TITLE ADDRESS & PHONE NUMBER**

C. CHAUNCEY CALVO / STUDENT / ORDOT, GUAM / (671) 472-6293

D. BETH PEREZ / PRINCIPAL / DEDEDO, GUAM / (671) 632-5647 / 9557

**12. Have you filed a charge previously in this matter with EEOC or another agency? YES ☐ NO ☑**

**13. If you have filed a complaint with another agency, provide name of agency and date of filing:**
n/a

**14. Have you sought help about this situation from a union, an attorney, or any other source?**
YES ☐ NO ☑ - If yes, from whom and when? Provide name of organization, name of person you spoke with and date of contact. Results, if any?
n/a

Signature _____    Today's Date 8/19/07

If you have not heard from an EEOC office within 30 days of mailing this form, please call toll-free number shown on the letter accompanying this form. Provide the tracking number at the top of page 1 of this form. Please make a copy of this form for your records before mailing.

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1. FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (10/2006).
2. AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a)
3. PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information in an acceptable form consistent with statutory requirements to enable the Commission to act on matters within its jurisdiction. When this form constitutes the only timely written statement of allegations of employment discrimination, the Commission will, consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(b), consider it to be a sufficient charge of discrimination under the relevant statute(s).
4. ROUTINE USES. Information provided on this form will be used by Commission employees to determine the existence of facts relevant to a decision as to whether the Commission has jurisdiction over allegations of employment discrimination and to provide such charge filing counseling as is appropriate. Information provided on this form may be disclosed to other State, local and federal agencies as may be appropriate or necessary to carrying out the Commission's functions. Information may
also be disclosed to respondents in connection with litigation.
5. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. The providing of this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge of discrimination. It is not mandatory that this form be used to provide the
requested information.

: (EVENTS DEEMED DISCRIMINATORY)

B) ca. May-June 2007 : My middle school principal, Christopher Anderson, advises me to apply to another middle school, namely Benavente Middle School because he is concerned with "my success." I act accordingly and apply to Benavente Middle School. After several days, I receive a phone call from the principal of Benavente, Beth Perez and she happily delivers me the news that I will be employed at her school for the upcoming school year. Days later, I receive the letter of termination from the GPSS Superintendent stating that i was fired on the recommendation of the same principal, who days earlier voiced out that he was out for my success and pushed me to further said success at Benavente Middle School.

C) My immediate supervisor, Milaflor Quituqua, fails to give me my final evaluation/observation paper. She gave all my other colleagues theirs' and despite many attempts at coming to her office, or phoning her she refuses to communicate with me up to the present day.

D) Aug. 6, 2007 : Sammy Ladrido tells me that for the past 2006-2007 school year at Augeda Johnston Middle School, during faculty meetings, Milaflor Quituqua would boastfully and repeatedly let th teachers know her intention of having me terminated.
∧

156 Dama de Noche Lane
Latte Heights
Mangilao, GU  96923
October 15, 1998

TO:  Ulric Mark, Acting Principal
       Untalan Middle School

FROM:  Leodegario Capulong

SUBJECT:  Request for Accurate Documents/Proof of Misconduct

I earnestly express myself that I do not deserve to be terminated from my teaching job due to misconduct.  It is injustice on my part because I was not given any chance to know the accurate and specific grounds of my termination.

As a legal citizen of the United States of America, I feel that I am denied "Free Speech, First Amendment of the Constitution."  The incident that occurred on Friday, October, 2, 1998, should not be a personal concern.

I can not believe myself to be terminated because I have been a teacher at Untalan Middle School that focused student learning which was evidently shown in my perfect attendance since school year 1997 through October 2, 1998.  I was always punctual to work, attended all faculty meetings, and workshops even beyond my duty hours.  I adhered to all the commands and requests of your administration.  I did all that you told me to do for the sake of the school.

During my stay at Untalan Middle School, I contributed to the good name and school pride of Untalan when I put up a show of the Micronesian (LOTE) students' talents to participate in the Showcase of Excellence at the Micronesia Mall in Spring 1998.  This was the "Partnership in Education" with Price Elementary and GWHS.  Dr. Jose Q. Cruz, the chairman of this Partnership program, several teachers, staff, students and you witnessed this Excellence showcase which was later known by the people of Guam through the Pacific Daily News release.  The group picture of my students' performance was shown in the newspaper.  This became one factor that attracted parents to enroll their children at UMS and that was one of the years that the school was claimed to be one of the best middle schools.

In August 1998 through October 2, 1998, I coordinated with other teachers to put up a "Cultura Magnifica" of students that can substitute the Cultural Arts classes of Mr. Benjie Santiago, who transferred to GW high school.  This is an extra curricular activity that had required me to spend extra time for my LOTE students.

On Monday morning, October 5, 1998, you ordered me to report to D.O.E. central office until October 14, 1998.  I became physically and mentally stressed and I felt that I was on exile there without your explanation at all.  Then I was just terminated.

I ask from you to show me a proof of justice because I never believed that I deserved to be terminated.  Thank you.

Sincerely yours,

156 Dama de Noche Lane
Latte Heights
Mangilao, GU   96923
October 15, 1998

TO:  Wilfreda Y. Martinez
     Assistant Principal
     Curriculum, Attendance and Discipline
     Untalan Middle School

FROM:  Leodegario Capulong

SUBJECT:  Request for student statements concerning student discipline incident,  Room, 32, October 2, 1998

I humbly request your good office to please ask the LOTE students of Untalan Middle School for their accurate statements concerning the student discipline problems that occurred between 1:30 p.m. -- 1:51 p.m. in room 32, 5th period on Friday, October 2, 1998.  This incident involved Julmar Golveo, a LOTE student in my class from August 3, 1998 through October 2, 1998.

I strongly feel and believe that my termination from my teaching job was not based on truth.  I was not given the right of Free Speech, First Amendment of the Constitution.  I remain, looking forward for justice.

Thank you for your prompt attention in this matter.

                              Sincerely yours,

                              Leodegario Capulong
                              Leodegario Capulong

October 20, 1998

TO WHOM IT MAY CONCERN:

Based on my observations and findings (see attached), Mr. Leo Capulong has been a very good teacher of LOTE students.  He focused on student learning and cared for his students.  The students favored him as one of their very good teachers.

Pertaining to student discipline problems that occurred on October 2, 1998, in his fifth period, Room 32, Mr. Capulong did not do anything wrong to his student, Julmar Golveo. The incident could be promptly and rightfully solved by an administrator at the school level as fair as it could be possible.

Additionally, much worse and more difficult student discipline problems than the incident mentioned above had been handled and solved in my office since September 1996 until now.  The solutions that I exercised had been a great advocate to both teachers and students including parents and had improved the teaching and learning process in the classroom.

In my conclusion, I have known the teachers of Untalan Middle School to be very good ever since 1988, and one of them is Mr. Leo Capulong, a teacher since 1997—1998.

Sincerely yours,

Wilfreda Y. Martinez
Assistant Principal, Curriculum, Attendance and
Discipline

# NOTIFICATION OF PERSONNEL ACTION

ED:25895-98

| ① NAME (Mr.-Miss-Mrs.-One Given Name, Initial(s), and Surname) | 2. DATE OF BIRTH | ③ SOCIAL SECURITY NO. | 4. DATE |
|---|---|---|---|
| MR. LEODEGARIO M. CAPULONG | 11-30-47 | 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 | 06-07-98 |

THIS IS TO NOTIFY YOU OF THE FOLLOWING ACTION AFFECTING YOUR EMPLOYMENT:

| ⑤ NATURE OF ACTION (Use Standard Terminology) | 6. LEGAL AUTHORITY | ⑦ EFFECTIVE DATE |
|---|---|---|
| A. LIMITED TERM APPOINTMENT<br>B. TERMINATION (Full-Time Employee) | Public Law 22-42 | A. 08-03-98<br>B. 05-20-99 COB |

| FROM | | TO |
|---|---|---|
| B. Teacher I-C (03420C) | ⑧ POSITION TITLE | A. Teacher I-C (03420C) |
| Grade I-3, $24,062.00 P/A | ⑨ PAY RANGE AND SALARY | Grade I-3, $24,062.00 P/A |
| DEPARTMENT OF EDUCATION | 10. DEPARTMENT OR AGENCY | DEPARTMENT OF EDUCATION |
| PUBLIC SCHOOLS | 11. DIVISION | PUBLIC SCHOOLS |
| Untalan Middle (4035) | ⑫ SECTION | Untalan Middle (4035) |
| 11.8.40.35.10.0111.0000 | 13. ALLOTMENT NO. | 11.8.40.35.10.0111.0000 |

| ⑭ BUDGET POSITION NO.<br>FROM:<br>TO: | 15. POSITION CLASSIFICATION ACTION<br>VICE ( X ) 000031725<br>NEW ( ) 000031725 | ⑯ RETIREMENT<br>Y=YES; N=NO<br>SS | ⑰ LIFE INS.<br>Y = YES; N=NO<br>____ CAT. | ⑱ HEALTH INS.<br>Y=YES; N=NO<br>GHS CAT. II<br>Med. Dental |
|---|---|---|---|---|
| ⑲ TYPE OF CERTIFICATE/EXP. DATE | ⑳ BASIS OF CLASSIFICATION | ㉑ RESIDENT STATUS | | ㉒ NEW EMPLOYEE ( )<br><br>CONTINUING ( ) |

23. REMARKS: THIS ACTION IS SUBJECT TO ALL APPLICABLE LAWS, RULES, AND REGULATIONS, AND IS SUBJECT TO POST AUDIT BY THE CIVIL SERVICE COMMISSION.

PERMANENT POSITION.

Subject to satisfactory medical examination.

This action serves as an emergency certification for the position assigned and duration employed. All emergency "LIMITED TERM APPOINTMENTS" are subject to termination or replacement at any time at the discretion of the Department of Education.

Subject employee is entitled for reinstatement of all sick leave accumulated and not used as of date of last separation, pursuant to 4 GCA, Section 4108.

25. Certified Funds Available
Amount $ 24,062.00 P/A

SEP 2

| 24. Associate Supt.<br>Personnel Ser. | By: _____<br>EVERLE A. PEREZ<br>For Certifying Officer<br>Department of Education | ROLAND L.G. TAIMANGLO,<br>Director of Education<br>26. APPOINTING AUTHORITY OR DESIGNEE |
|---|---|---|

GOVGUAM (DOE) 1800/28 (7—74)

PERSONNEL FOLDER COPY



# DEPARTMENT OF EDUCATION

**P.O. Box DE**
**Agana, Guam 96932**
**Tel: (671) 475-0457**
**Fax: (671) 472-5003**



*Roland L.G. Taimanglo*
*Director of Education*

October 9, 1998

*Aline A. Yamashita, Ph. D.*
*Deputy Director of Education*

## MEMORANDUM

To:        Leodegario M. Capulong

From:      Director of Education

### NOTICE OF TERMINATION DURING LIMITED TERM APPOINTMENT

Dear Mr. Capulong:

In accordance with Board Policy 906.15, this is to notify you that you will be terminated during your limited term appointment from your present position as a Teacher. This termination is based on the fact that a report was received of an alleged incident of your inappropriate conduct on Friday, October 2, 1998 at Untalan Middle School.

In view of the foregoing, I find that your termination during your limited term appointment is warranted in order to promote the efficiency of government service. The effective date of your termination is Thursday, October 15, 1998.

Sincerely,

**ROLAND L.G. TAIMANGLO**

cc:    Administrator, Personnel Services Division
       Principal, Untalan Middle School



**COMMONWEALTH NOW!**

Oct 5, 1998

TO Mr. Roland Taimango
Director of Education
DEPT OF EDUCATION,

Sir, this is to inform
you that effective the 15th of
October, 1998, I am tendering
my resignation to pursued
of my graduate studies cours...
Sincerely,
Leodegario M. Capulong

*(handwritten note, circled)*
- Was advised to
date this letter
of Resignation - Oct. 5, 1998
though the Termination letter
is dated Oct. 9/98
- Effective termination dated
October 15, 1998

---

NOTIFICATION OF PERSONNEL ACTION **RECEIVED**
FCN 2-1-5 (J)

GOVERNMENT OF GUAM
AGANA
DEPARTMENT OF EDUCATION

ED: 25103-99#1

| NAME OF EMPLOYEE **NOV 09 1998** | SCHOOL OR **UNTALAN MIDDLE (4035)** | PAYROLL NUMBER |
|---|---|---|
| Leodegario M. Capulong | 11.9.40.35.10.0111.0000 | 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 |

This action ( ) corrects ( **XX** ) cancels in its entirety ( ) amends   Notification of Personnel Action number ___ ED: 10087-99
dated __10/16/98__ in the case of above named employee as follows:   (Amends (Amends (LTFT APPT., Eff. 08/03/98)

DEPT OF EDUCATION
BUSINESS OFFICE

**Cancels in its entirety.**

ROLAND L.G. TAIMANGLO, Director of Education

| | DATE |
|---|---|
| | 11/06/98 |

DISTRIBUTION: Original - Employee; Blue - Payroll; Pink - File; Green - Budget; Gold - Civil Service Commission; Yellow - Business Office; White - Retirement

156 Dama de Noche Lane
Latte Heights
Mangilao, GU   96923
October 15, 1998

TO:  Wilfreda Y. Martinez
Assistant Principal
Curriculum, Attendance and Discipline
Untalan Middle School

FROM:  Leodegario Capulong

SUBJECT:  Request for student statements concerning student discipline incident,  Room, 32, October 2, 1998

I humbly request your good office to please ask the LOTE students of Untalan Middle School for their accurate statements concerning the student discipline problems that occurred between 1:30 p.m. -- 1:51 p.m. in room 32, 5th period on Friday, October 2, 1998.  This incident involved Julmar Golveo, a LOTE student in my class from August 3, 1998 through October 2, 1998.

I strongly feel and believe that my termination from my teaching job was not based on truth.  I was not given the right of Free Speech, First Amendment of the Constitution.  I remain, looking forward for justice.

Thank you for your prompt attention in this matter.

Sincerely yours,

Leodegario Capulong

L.P. Untalan Middle School
256 Route Ten
Barrigada, Guam 96921

October 20, 1998

TO WHOM IT MAY CONCERN:

Based on my observations and findings (see attached), Mr. Leo Capulong has been a very good teacher of LOTE students. He focused on student learning and cared for his students. The students favored him as one of their very good teachers.

Pertaining to student discipline problems that occurred on October 2, 1998, in his fifth period, Room 32, Mr. Capulong did not do anything wrong to his student, Julmar Golveo. The incident could be promptly and rightfully solved by an administrator at the school level as fair as it could be possible.

Additionally, much worse and more difficult student discipline problems than the incident mentioned above had been handled and solved in my office since September 1996 until now. The solutions that I exercised had been a great advocate to both teachers and students including parents and had improved the teaching and learning process in the classroom.

In my conclusion, I have known the teachers of Untalan Middle School to be very good ever since 1988, and one of them is Mr. Leo Capulong, a teacher since 1997-1998.

Sincerely yours,

Wilfreda Y. Martinez
Assistant Principal, Curriculum, Attendance and
Discipline

**FEBRUARY 5, 1999**

**TO WHOM IT MAY CONCERN:**

This is to certify that Mr. Leodegario Capulong, naturalized U.S. citizen with Social Security No. 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, had been employed as a teacher at Luis P. Untalan Middle School in March 1998 through October 2, 1998.

Based on my observations, Mr. Capulong had been a very good teacher in LOTE, 6th, 7th, 8th grade level. Beyond his duties, roles, and responsibilities as a classroom teacher, he had contributed much to promote school pride and spirit especially during off campus school activities. He created a mini-show correlated to Reading and Drama for his students to perform in April 1998 at the Micronesia Mall. This was in conjunction with the Partnership for Education program of some other schools on the island.

He was a limited term teacher, however, he sincerely developed not only the academic skills and potentials of his students but also self-esteem and belongingness to the school. He served as an advocate to the young adolescents' physical, intellectual and socio-emotional growth and development.

This certification was issued for any legal purpose it may serve.

Sincerely yours,

Wilfreda Y. Martinez
Vice-Principal, Curriculum
and Attendence



# UNIVERSITY OF GUAM
# UNIBETSEDÅT GUAHAN
### College of Education
UOG Station, Mangilao, Guam 96923
Tel: (671) 735-2440 • Fax: (671) 734-3651

May 23, 2002

To Whom It May Concern,

Mr. Leo Capulong has asked that I write a letter of recommendation on his behalf.

I have known Mr. Capulong for about ten years. Our association has been two-fold. One, as the brother of a sister who was a caregiver of my sons. The other, as a deputy director of the Department of Education of which he was a teacher.

As a father, Mr. Capulong has succeeded in raising a family to be proud of. His children's accomplishments are known and celebrated. His children are involved in school and community activities. They are respectful, happy and bright. Such outcomes result from family guidance and support. Mr. Capulong and his wife are succeeding in being good parents. That says a great deal about personal traits and values.

As a professional educator, Mr. Capulong has had his challenges. As Leo faces the every day challenges of working with diverse students, he has continued to try to better his skills. He has continued to complete course work needed to help him become an effective and caring teacher. Still, he has had difficulties.

It seems that Mr. Capulong may be beneficial in a position that helps a school community understand cultural diversity. He would be able to help teachers and staff become aware of values and beliefs attached to children of families not raised in typical Western society. He may be capable of helping families feel more welcomed in the school setting. He may be capable of helping students understand the expectations set by school settings. He could be the needed bridge between families and schools to effectuate successful schooling.

Mr. Capulong could succeed if he had close coaching and guidance. With feedback, I think Leo could help a school community reach those families who are hesitant and, perhaps, fearful. His unassuming attitude, sincere concern, and determination to succeed could help students realize their potential. He could be that needed role model for some of our students who want to succeed but need extra guidance and support.

Thank you.

Sincerely,

ALINE A. YAMASHITA, Ph.D.

# Santa Barbara School
### 274 A West Santa Barbara Avenue
### Dededo, Guam 96912

---------------------------------------------------------------

February 27, 1997

## CERTIFICATION

This is to certify that <u>Mr. Leodegario M. Capulong</u> taught at Santa Barbara School during the schoolyear 1991-1992. He taught Language Arts, Reading, and Elementary Journalism.

Mr. Capulong was a very good teacher, well-loved by his students and had a very good rapport with his colleagues. He could be an asset to any institution he would serve.

Mrs. Sofia S. Viray
Vice-Principal
Santa Barbara School

Date: 2/27/97

COPY received 2/28/47

**Guam Seventh-day Adventist Clinic** • 388 Ypao Road, Tamuning, GU 96911

Ph: (671) 646-8881-5 Fax: (671) 646-5514

February 25, 2003

Hugo A. Leon, MD
Guam SDA Clinic
388 Ypao Rd.
Tamuning, GU 96911

Leodegario Capulong
135 Orchid Lane, Latte Heights
Mangilao, GU 96913

To Whom It May Concern:

Mr. Capulong is a 55 year-old male who has been under our care since May of 2000 when he received a injury to his neck and upper body at JFK High School. At that time, he was a teacher and was attacked by a student. From that time until February of 2003, he has been disabled from his job as a teacher due to chronic pain and numbness in his cervical spine and his thoracic spine. He has also suffered from anxiety and depression due to this traumatic incident. He is undergoing treatments by Guam SDA Clinic and by Dr. Carlos of neurology. He has also seen Dr. Joann Gill in the past for his anxiety and depression.

If I can help you answer any questions, please feel free to contact me at 646-8881 at any time. Thank you very much.

Sincerely,

Hugo A. Leon, MD/mcr
Family Practice
Guam SDA Clinic

# John F. Kennedy High School
## Teacher Evaluation Rating Form

Teacher: Mr. Leo Capulong Pitlik                    Supervisor: Agnes L.

| Evaluation | Standard | Comments |
|---|---|---|
| O   AA  ( S )  U   NO | 1 - Develops and prioritizes long and short term objectives within curriculum guidelines (identifying skills and knowledge, planning instruction, lesson plans, and appropriate eval. | Instructor submitted syllabus and lesson plan |
| O   AA   S  U   NO | 2 - Evaluates, selects and modifies resources and activities in light of students' gender, cultural, and linguistic background (cultural / gender biases, matching the objectives). | |
| O   AA   S  U   NO | 3 - Establishes a common "footing" of understanding and participation with students (clear opening statements, main concepts, expected student participation). | |
| O   AA   S  U   NO | 4 - Teaches the lesson (teaching and learning styles, expected student participation.) | |
| O   AA   S  U   NO | 5 - Provides guided practice (group practice, learning appropriate to content and ability, individual assistance, mastery of objectives). | |
| O   AA   S  (U)   NO | 6 - Provides opportunities for cooperative learning (group work, balancing individual with group assignments). | Students were assigned into groups to complete assignment. |
| O   AA   S  U   NO | 7 - Monitors classroom instruction (learning styles of cultural groups, student responses, providing feedback). | |
| O   AA   S  U   NO | 8 - Uses appropriate strategy(ies) to close a lesson (restating objectives, summarizing questions, overview of concepts, student summarization, future lesson). | |
| O   AA   S  U   NO | 9 - Provides a variety of evaluation strategies that measure progress toward objective(s) (perception checks, opportunities for students to measure progress). | |
| O   AA   S  U   NO | 10 - Provides summative evaluation that measures student achievement (maintain evaluation records, communicate evaluation results to student). | |

*received*
*4/25/00*

| Evaluation | Standard | Comments |
|---|---|---|
| ✓ (O) AA S<br>U NO | 11 - Organizes the learning environment to maximize student performance (cultural backgrounds, smooth transitions, orderly housekeeping). | **Instructor has provided assistance in promoting cultural activities within the school throughout the duration of the school year.** |
| O AA S<br>U NO | 12 - Effectively orchestrates appropriate student behavior (defines and communicates classroom behavior, appropriate feedback, dealing with inappropriate behavior). | |
| O AA S<br>U NO | 13 - Helps learners develop a positive self concept (behavior expectations, participations involving all students, diverse opinions, warmth, friendliness, and enthusiasm). | |
| O AA S<br>U NO | 14 - Effectively uses metacommunication to enhance student learning (use of classroom space, unspoken language, voice patterns in classroom). | |
| O AA S<br>U NO | 15 - Establishes boundaries of relevance and nature of student's involvement and relationships in the classroom (turn taking, humor, reasonable behavior, speaking terms). | |
| O AA S<br>U NO | 16 - Effectively uses language to constitute positive classroom relationships (gender balance in calling students, in evaluation, in giving reinforcements) | |
| O AA S<br>U NO | 17 - Uses classroom participation patterns that are culturally specific, not based on stereotypical thinking (students, performance, authority of teacher, interacting with students). | |

O = Outstanding,  AA = Above Average,  S = Satisfactory,
U = Unsatisfactory,  NO = Not Observed
A "U" rating must have a comment, an "O" rating may have a comment

This is to certify that we have read and discussed the above report.

_____  3/9/00        _____  3/9/00
Teacher's Signature     Date          Supervisor's Signature   Date

Comments  I  School Involvement for SY 1999-2000: Instructor is currently a focus group member for a committee that addresses accreditation; Instructor is an advisor for the FSM student organization on campus
II. Community Involvement for SY 1990-2000:
III. Professional Development for SY 1999-2000:
IV. Formal Observation Commendations: Instructor is empathetic towards his students; Instructor is open to new ideas; Instructor moves amongst his students to assist them
V. Formal Observation Recommendations: Instructor must incorporate JFK's ESLRs into course syllabus and lesson plans; Instructor must be clear in providing instructions for cooperative learning groups; instructor must gauge "all" student attention when providing instruction; Instructor must be more cognizant of off-task behavior; For early in the school year, instructor needs to work with fellow colleagues to develop appropriate strategies in addressing disciplinary issues in the classroom; For next school year, instructor needs to develop goals that are connected with Standard 12 and Standard 4

Received 4/25/00

# PROFESSIONAL TEACHER EVALUATION PROGRAM

## Informal (Drop-In) Observation Form

Name of Teacher: _Lis Capultra_    Date/Time: _11/5/99 (7:05 – 7:30)_

Subject being taught: _Language Arts_

Observer: _Agna Langer-Patat_

Comments: _Commendations: Instructor utilized used up
appronne in explaining. The new vocabulary words.
Recommendations: Instructor needs to gain all students'
attention (when providing instruction, several students
were observed working on other projects). Attendance
taken ??? you, greatly._

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 486-2009-00344 |

| **Guam Department of Labor** | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Mr. Leodegario M. Capulong** | **(671) 646-2717** | **11-30-1947** |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **110 Estralita St., Tamuning, GU 96913** | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **GUAM PUBLIC SCHOOL SYSTEM** | **500 or More** | **(671) 475-0457** |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **P.O. Box De, Hagatna, GU 96932** | | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER *(Specify below.)*

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| **01-23-2009** | **01-23-2009** |

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired by the above-named employer in 1997. My last job title was Teacher III-Professional Educator (Social Studies).

In November 2007, I filed an EEOC national origin discrimination charge against Respondent. On or about January 29, 2008, Respondent and I entered in to a settlement agreement to resolve my charge. However, I do not believe Respondent has complied with conditions of the Agreement.

In October 2008, I was assigned to work at Untalan Middle School. I'm certified to teach Social Studies classes, but Respondent assigned to teach Special Education, ESL and Shelter classes which I am not qualified to teach. In November 2008, I was subjected to extreme verbal abuse by students and requested assistance from the school administration to address the issue. However, Respondent removed from the teaching assignment and placed me on administrative teaching leave. Further, I was assigned to work at another location to perform clerical work. On or about January 23, 2009, Respondent discharged me.

I believe that I have been subjected to retaliation because of my national origin (Filipino) and for previously filing an EEOC charge of discrimination in violation of Title VII of the Civil Rights of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| X 5/23/09 *(Date)* *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

# NOTIFICATION OF PERSONNEL ACTION

ED: 25669-99

| ① NAME (Mr.-Miss-Mrs.-One Given Name, Initial(s), and Surname) | 2. DATE OF BIRTH | ③ SOCIAL SECURITY NO. | 4. DATE |
|---|---|---|---|
| Leodegario M. Capulong | 11/30/47 | 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 | 08/19/99 |

THIS IS TO NOTIFY YOU OF THE FOLLOWING ACTION AFFECTING YOUR EMPLOYMENT:

| ⑤ NATURE OF ACTION (Use Standard Terminology) PROBATIONAL APPOINTMENT Full-Time Employee | 6. LEGAL AUTHORITY Public Law 25-03 | ⑦ EFFECTIVE DATE 08/24/99 |
|---|---|---|

| FROM | | TO |
|---|---|---|
| | ⑧ POSITION TITLE | Teacher III (03422) |
| | ⑨ PAY RANGE AND SALARY | Grade L-4, $31,493.00 P/A |
| | 10. DEPARTMENT OR AGENCY | DEPARTMENT OF EDUCATION |
| | 11. DIVISION | PUBLIC SCHOOLS |
| | ⑫ SECTION | J.F.K. HIGH (4042) |
| | 13. ALLOTMENT NO. | 11.9.40.42.10.0111.0000 |

| ⑭ BUDGET POSITION NO. FROM: TO: | 15. POSITION CLASSIFICATION ACTION VICE ( ) NEW (X) NEW POSITION | ⑯ RETIREMENT Y=YES XXXXXX DC | ⑰ LIFE INS. Y=YES; N=NO ___ CAT___ | ⑱ HEALTH INS. XXXYES; N=NO none CAT___ |
|---|---|---|---|---|
| ⑲ TYPE OF CERTIFICATE/EXP. DATE | ⑳ BASIS OF CLASSIFICATION | ㉑ RESIDENT STATUS | ㉒ NEW EMPLOYEE ( ) CONTINUING ( ) | |

23. REMARKS: THIS ACTION IS SUBJECT TO ALL APPLICABLE LAWS, RULES, AND REGULATIONS, AND IS SUBJECT TO POST AUDIT BY THE CIVIL SERVICE COMMISSION.

Permanent Position

Subject to satisfactory medical examination.

25. Certified Funds Available
Amount $ 31,493.00 P/A

DE-1 Certified Funds Available
By: VICTORIA C. QUENGA
For Certifying Officer
Department of Education

MICHAEL J. REIDY
Director of Education, Acting      lmf
26. APPOINTING AUTHORITY OR DESIGNEE

LUIS S.N. REYES
24. Associate Supt.
Personnel Ser.

GOVGUAM (DOE) 1900/28 (7-74)

PERSONNEL FOLDER COPY

GOVERNMENT OF GUAM

DEPARTMENT OF EDUCATION

# NOTIFICATION OF PERSONNEL ACTION

ED: 6358-2000

| 1. NAME (Mr.-Miss-Mrs.-One Given Name, Initial(s), and Surname) | 2. DATE OF BIRTH | 3. SOCIAL SECURITY NO. | 4. DATE |
|---|---|---|---|
| Leodegario M. Capulong | 11/30/47 | 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 | 06/20/2000 |

THIS IS TO NOTIFY YOU OF THE FOLLOWING ACTION AFFECTING YOUR EMPLOYMENT:

| 5. NATURE OF ACTION (Use Standard Terminology) | 6. LEGAL AUTHORITY | 7. EFFECTIVE DATE |
|---|---|---|
| TERMINATION Full-Time Employee | Public Law 25-03 | 06/23/2000 COB |

| FROM | | TO |
|---|---|---|
| Teacher III (03422) | 8. POSITION TITLE | |
| Grade L-4, $31,493.00 P/A | 9. PAY RANGE AND SALARY | |
| DEPARTMENT OF EDUCATION | 10. DEPARTMENT OR AGENCY | DEPARTMENT OF EDUCATION |
| PUBLIC SCHOOLS | 11. DIVISION | PUBLIC SCHOOLS |
| J.F.K. HIGH (4042) | 12. SECTION | |
| 11.0.40.42.10.0111.0000 | 13. ALLOTMENT NO. | |

| 14. BUDGET POSITION NO. FROM: TO: | 15. POSITION CLASSIFICATION ACTION VICE ( ) NEW ( ) | 16. RETIREMENT Y = YES; N = NO | 17. LIFE INS. Y = YES; N = NO ___CAT___ | 18. HEALTH INS. Y = YES; N = NO ___CAT___ |
|---|---|---|---|---|

| 19. TYPE OF CERTIFICATE/EXP. DATE | 20. BASIS OF CLASSIFICATION | 21. RESIDENT STATUS | 22. NEW EMPLOYEE ( ) CONTINUING ( ) |
|---|---|---|---|

23. REMARKS: THIS ACTION IS SUBJECT TO ALL APPLICABLE LAWS, RULES, AND REGULATIONS, AND IS SUBJECT TO POST AUDIT BY THE CIVIL SERVICE COMMISSION.

Pursuant to Section 904.900 of the Department of Education, Personnel Rules and Regulations.

25. Certified Funds Available
Amount $_____

| 24. LUIS S.N. REYES Associate Supt. Personnel Ser. | By: "NOT APPLICABLE" For Certifying Officer Department of Education | ROSIE R. TAINATONGO Director of Education 26. APPOINTING AUTHORITY OR DESIGNEE |
|---|---|---|

lmf

GOVGUAM (DOE) 1800/28 (7-74)

PERSONNEL FOLDER COPY

**LEO M. CAPULONG**
**135 Orchid Lane Latte Hts.**
**Mangilao, Guam  96913**
**Tel # 632-7717**

**November 23, 2005**

**Mr. Juan Flores,**
**Superintendent of Education**
**Guam Public School System**

**Dear Mr. Flores,**

**Greetings to you!**

**Please let me start my letter congratulating you for all the success that the Guam Public School System have achieved and accomplished since you came and govern as Superintendent.  May all your plans and goals be met leading to the success not only of all the school staffs but also producing dependable, hardworking and reliable good citizenship in our Island of Guam.**

**Sir, as a well trained and experienced teacher, I'd like to express my desire to go back and teach in our school system.  I want to continue all my plans to share, out reach, and help building the morale and high self-esteem to our students, producing good, responsible and dependable citizens of the future.   I know that what I had accomplished from our university here in Guam including all the workshops, in-service trainings and staff developments in our school, nourished and enhanced my teaching profession not only in my field but also in promoting and developing social, cultural and diversity to our students.**

**With all sincerity, I am now knocking at the door of your heart, to please help me.  I'm asking for your kind hearted consideration.  I know and I'm positive that with all your guidance and good counseling, I can achieve my goals.  I shall do with all my strength to apply everything that is necessary to become the teacher that you expect of me.  Thank you! And God Bless!**

**Respectfully,**

**Leo M. Capulong**

*Claire K. Ashe, M.D.*

*Joan H. Gill, M.D.*

# *Marianas Clinic*

24 Oct '00

Worker's Compensation Commission
Attn: Manny
P.O. Box 9970
Tamuning, Guam  96931

    Mr. Leo Capulong was unable to work any job from June-August, 2000 due to his emotional trauma from the assault sustained while working as a teacher.

Sincerely,

Joan H. Gill, M.D.
Clinical Director, Marianas Clinic

*199 Chalan San Antonio, Suite 375, Tamuning, Guam 96911*
*Telephone No. (671) 646-7972, Fax (671) 647-7972*

March 16, 2006

Workmen's Compensation
Agana, Guam

Leodegario Capulong
135 Orchid Lane, Latte Heights
Mangilao, GU 96913

To Whom It May Concern:

Mr. Capulong is a 58 year-old male who has been under our care since May of 2000 when he received an injury to his neck, back, and upper body at JFK High School. At that time, he was a teacher and was attacked by a student. From that time until now he has been disabled from his job as a teacher due to chronic pain and numbness in his cervical spine, thoracic spine, and lumbar spine. He has also suffered from anxiety and depression due to this traumatic incident. He has undergone treatment by Guam SDA Clinic and by Dr. Carlos of neurology. He has also seen Dr. Joann Gill in the past for his anxiety and depression.

If I can help you answer any questions, please feel free to contact me at 646-8881 at any time. Thank you for your kind consideration.

Sincerely,
Hugo A. Leon, MD
Family Practice
Guam SDA Clinic

#    SIGNED BY HUGO A LEON (HLA)  03/16/2006  03:07PM

HUGO A. LEON, M.D.
GUAM SDA CLINIC
388 YPAO ROAD
TAMUNING, GUAM 96913

**BETTY-ANN BURNS, Ph.D.**
*Licensed Individual, Marriage & Family Therapist*
P.O. Box 5157, UOG Station
Mangilao, GU 96923

Telephone: (671) 734-1292
Fax: (671) 734-1291

August 20, 2000

Anita Santos
Worker's Compensation Commission
108 'E' Street
Tiyan, Guam 96913

RE: Leodegario M. Capulong
DATE OF INJURY: 5/1/00
CLAIM NUMBER: 552633565

Enclosed please find the medical report and the billing for the following visit: 8/16/00

Current Treatment

    At the request of Dr. Sung Jin Kim, I saw Leodegario Capulong, a 52- year old Filipino male, as a result of a series of hostile and aggressive incidents involving students toward Mr. Capulong occurring at the John F. Kennedy High School. These incidents began in February, 2000, and continued from March until May, 2000. According to Mr. Capulong, who was hired as "a certified teacher," at JFK this past year, " my discipline doesn't work on Guam." He states the students are violent, abusive, hostile, and aggressive, exhibiting no respect for authority. Following the last incident, on May 1, 2000, where Mr.Capulong was attacked by student Duane Aldan with a fly-kick to the chest, Mr. Capulong took sick leave to recover from his injuries.

    Mr. Capulong continues to suffer from a high degree of anxiety, unable to sleep through the night, as well as considerable physical pain from his shoulder, arm and neck. He reports being fearful of coming into contact with the above named student or seeing any students associated with the other incidents, and continues to experience flashbacks related to the occurrences. The emotional trauma has been compounded by the fact that on a recent occasion when he went to JFK to retrieve his paycheck, he was told that he was terminated, without any formal professional notification.

**BETTY-ANN BURNS, Ph.D.**
*Licensed Individual, Marriage & Family Therapist*
P.O. Box 5157, UOG Station
Mangilao, GU 96923

Telephone: (671) 734-1292
Fax: (671) 734-1291

In a follow-up phone consult with Dr. Kim it was agreed that I see Mr. Capulong for two more sessions and to try to ascertain whether any pre-existing psychosocial circumstances exacerbate his current condition. Therefore, I am recommending two follow-up visits to evaluate for Post Traumatic Stress Disorder or R/O Acute Anxiety Disorder.

Thank you for this very interesting case, and I will be sending a follow-up report at the end of September.

Diagnosis:

Axis I: Post Traumatic Stress Disorder
R/O Acute Anxiety Disorder

Axis II: Unknown

Axis III: Not known

Axis IV: Psychosocial and Environmental Problems:
Occupational Problems

Axis V: Global Assessment of Functioning
GAF= 55 (current)

Sincerely,

Betty-Ann Burns, Ph.D.
Counseling Psychologist

**LEO M. CAPULONG**
**135 Orchid Lane Latte Hts.**
**Mangilao, Guam  96913**
**Tel # 632-7717**

November 23, 2005

Mr. Juan Flores,
**Superintendent of Education**
**Guam Public School System**


Dear Mr. Flores,

Greetings to you!

Please let me start my letter congratulating you for all the success that the Guam Public School System have achieved and accomplished since you came and govern as Superintendent.  May all your plans and goals be met leading to the success not only of all the school staffs but also producing dependable, hardworking and reliable good citizenship in our Island of Guam.

Sir, as a well trained and experienced teacher, I'd like to express my desire to go back and teach in our school system.  I want to continue all my plans to share, out reach, and help building the morale and high self-esteem to our students, producing good, responsible and dependable citizens of the future.  I know that what I had accomplished from our university here in Guam including all the workshops, in-service trainings and staff developments in our school, nourished and enhanced my teaching profession not only in my field but also in promoting and developing social, cultural and diversity to our students.

With all sincerity, I am now knocking at the door of your heart, to please help me.  I'm asking for your kind hearted consideration.  I know and I'm positive that with all your guidance and good counseling, I can achieve my goals.  I shall do with all my strength to apply everything that is necessary to become the teacher that you expect of me.  Thank you! And God Bless!


Respectfully,

Leo M. Capulong

**GUAM POLICE DEPARTMENT**
Report and Vehicle Release Information

Report Number: 00-07370

Type of Report: ASSAULT

Wrecker Company:

Date: 5/7/08

Officer: PO 12 CARCINAS #087

Towed To:

## INSTRUCTIONS

Retain this card. You will be requested to provide the information on this card whenever you contact the Guam Police Department.

All reports shall be picked-up after five (5) working days from the day of the incident at Records Section, G.P.D., Tiyan Building #231, Ph: # 475-8497. Traffic Accident Reports can be picked-up Monday-Friday, 8:00 a.m. to 5:00 p.m., and all criminal reports or criminal related vehicle impoundments are available on a Friday only.

If your accident involves damages which exceed $250.00 or any injury is sustained, you are required by law to report such an accident to the Department of Revenue and Taxation, GovGuam, within 10 days. Failure to submit the report could result in suspension of your Driver's License.




# Government of Guam
# GUAM POLICE DEPARTMENT
### P.O. Box 23909
### Guam Main Facility, Guam 96921

## RECORDS & IDENTIFICATION SECTION

06/02/00

**DATE**

TO WHOM IT MAY CONCERN:

The following is an abstract of the investigation report conducted by this Department:

COMPLAINANT'S NAME:  **LEODEGARIO M CAPULONG**

ADDRESS:  **135 PRCJOD LN. LATTE HEIGHTS**

EVENT NO.:  **00-07570**    DATE & TIME REPORTED:  **05/07/00, 11:40 am**

DATE & TIME OCCURED:  **05/01/00, 12:00 pm**

CLASSIFICATION:  **ASSAULT**

LOCATION & POINT OF ENTRY:  **JFK HIGH SCHOOL, UPPER TUMON**

PROPERTY DAMAGE:  **N/A**

INJURY(IES) SUSTAINED:  **REFER TO ATTACHMENT**

DESCRIPTION OF VEHICLE & R/O (if applicable):  **NONE**

DESCRIPTION & VALUE OF STOLEN ITEMS:

----------NOTHING FOLLOWS----------

Prepared by:

EDWARD T. FABINA, ACTING



## Government of Guam
# GUAM POLICE DEPARTMENT
### P.O. Box 23909
### Guam Main Facility, Guam 96921

## RECORDS & IDENTIFICATION SECTION

06/02/00

**DATE**

TO WHOM IT MAY CONCERN:

The following is an abstract of the investigation report conducted by this Department:

COMPLAINANT'S NAME: __Leodegario M CAPULONG__

ADDRESS: __135 ORCHID LN. LATTE HEIGHTS__

EVENT NO.: __00-07571__   DATE & TIME REPORTED: __05/07/00, 11:55 am__

DATE & TIME OCCURED: __03/30/00, 11:55 am__

CLASSIFICATION: __ASSAULT__

LOCATION & POINT OF ENTRY: __JFK HIGH SCHOOL, UPPER TUMON__

PROPERTY DAMAGE: __N/A__

INJURY(IES) SUSTAINED: __PAIN TO HEAD AREA__

DESCRIPTION OF VEHICLE & R/O (if applicable): __NONE__

DESCRIPTION & VALUE OF STOLEN ITEMS:

————————NOTHING FOLLOWS————————

Prepared by:

__Norma/BING__

EDWARD T. HABINA, ACTING
Chief of Police
BY DIRECTION

ANITA MARTINEZ

## GUAM POLICE DEPARTMENT
### Report and Vehicle Release Information

Report Number: 00-0151          Date: 5/7/00

Type of Report: ASSAULT         Officer: PFC CARDNS #189

Wrecker Company:                Towed To:

### INSTRUCTIONS

Retain this card. You will be requested to provide the information on this card whenever you contact the Guam Police Department.

All reports shall be picked-up after five (5) working days from the day of the incident at Records Section, G.P.D., Tiyan Building # 231; Ph: # 475-8497. Traffic Accident Reports can be picked-up Monday-Friday, 8:00 a.m. to 5:00 p.m., and all criminal reports or criminal related vehicle impoundments are available on a Friday only.

If your accident involves damages which exceed $250.00 or any injury is sustained, you are required by law to report such an accident to the Department of Revenue and Taxation, GovGuam, within 10 days. Failure to submit the report could result in suspension of your Driver's License.